UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| EZEKIEL D. LEWIS | NO. 20-00066-BAJ-SDJ |

### PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, on September 24, 2020, an Indictment (Doc. 1) was returned against Defendant Ezekiel D. Lewis in the U.S. District Court for the Middle District of Louisiana, and contained a forfeiture allegation seeking forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), which gave notice to Defendant that upon conviction, the United States would seek to forfeit any firearm and ammunition involved in or used in the commission of the charged offense, including, but not limited to, a Smith and Wesson, Model SW9C, 9mm pistol, bearing serial number PAL0195, and 17 rounds of assorted 9mm ammunition; and

**WHEREAS**, Defendant signed a Plea Agreement (Doc. 20) agreeing to plead guilty and, during the Re-Arraignment on December 17, 2020, Defendant pled guilty to Count One in the Indictment charging possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), and Defendant agreed with the factual basis read into the record; and

1

**WHEREAS**, the United States has filed a Motion for Entry of a Preliminary Order of Forfeiture (Doc. 24) which seeks the forfeiture of any claim or interest Defendant might have in the Smith and Wesson, Model SW9C, 9mm pistol, bearing serial number PAL0195, and 17 rounds of assorted 9mm ammunition which was found in the firearm; and

**WHEREAS**, based upon Defendant's guilty plea and the factual basis read into the record at the time of Re-Arraignment, the United States has established that Defendant knowingly possessed the Smith and Wesson 9mm pistol and the 17 rounds of assorted 9mm ammunition at the time of his arrest, that he knew he was a convicted felon, and that the weapon affected interstate commerce;

**IT IS ORDERED** that any interest or claim Defendant might have in the Smith and Wesson, Model SW9C, 9mm pistol, bearing serial number PAL0195, and the 17 rounds of assorted 9mm ammunition, is forfeited to the United States.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 32.2, the forfeiture of Defendant's interest in the weapon and the ammunition shall become the Final Order of Forfeiture at the time of Defendant's Sentencing Hearing and shall be made part of the sentence and included in the Judgment.

**IT IS FURTHER ORDERED** that the United States shall send notice to anyone known to have an interest in the weapon pursuant to Fed. R. Crim. P. 32.2(b)(6).

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Baton Rouge, Louisiana, this 2nd day of February, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA